

# Fourth Court of Appeals
## San Antonio, Texas

April 16, 2018

No. 04-18-00219-CV

**IN THE INTEREST OF A.M.C. AND A.R.C., CHILDREN**,

From the 407th Judicial District Court, Bexar County, Texas
Trial Court No. 2017PA00064
Honorable Charles E. Montemayor, Judge Presiding

## O R D E R

The reporter's record in this accelerated appeal is due April 16, 2018. On April 12, 2018, court reporter, Elva G. Chapa, filed a notification of late record asking for an extension of time. In her notice, Ms. Rivera stated she needs additional time to prepare the record because her "other duties or activities preclude working on the record." She anticipates the reporter's record will be "100 plus pages" in length. She asks that we extend the time to file the record to April 30, 2018 — an extension of fourteen days from the original due date

We remind the reporter that, by statute, this appeal is accelerated, **and is to take precedence over other matters**. TEX. FAM. CODE ANN. § 109.002(a-1) (West Supp. 2017). Strict deadlines exist with regard to disposal of appeals dealing with termination of parental rights — specifically, the appellate court must dispose of the appeal within 180 days of the date the notice of appeal is filed in the trial court. With regard to the appellate record, pursuant to Rule 35.3(c) of the appellate rules, this court may not grant an extension of more than ten days in an accelerated appeal. TEX. R. APP. P. 35.3(c).

We therefore **GRANT IN PART AND DENY IN PART** the court reporter's request for an extension of time to file the reporter's record in this court. We **ORDER** court reporter Elva G. Chapa to file the reporter's record in this court **on or before April 26, 2018**. With regard to termination appeals, in addition to the responsibility imposed on the trial court under Rule 35.3(c) — trial court is jointly responsible for ensuring the appellate record is timely filed — **the trial court must direct the official or deputy reporter to immediately commence the preparation of the reporter's record.** *Id.* 28.4(b)(1). **The trial court must arrange for a substitute reporter if necessary to ensure the reporter's record is timely filed.** Id.

We further **order** the clerk of this court to serve a copy of this order on all counsel, the court reporter, and the trial court.

_____
Marialyn Barnard, Justice

      IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 16th day of April, 2018.



_____
KEITH E. HOTTLE,
Clerk of Court